[DO NOT PUBLISH]

In the

# United States Court of Appeals

## For the Eleventh Circuit

_____

No. 23-12795

Non-Argument Calendar

_____

RYAN MCCORD CLARK,

                                        Petitioner-Appellant,

*versus*

UNITED STATES OF AMERICA,

                                        Respondent-Appellee.

_____

Appeal from the United States District Court
for the Northern District of Alabama
D.C. Docket No. 2:22-cv-08019-KOB

_____

2                          Opinion of the Court                        23-12795

Before JILL PRYOR, BRANCH, and GRANT, Circuit Judges.

PER CURIAM:

This appeal is DISMISSED, *sua sponte*, for lack of jurisdiction. Ryan Clark, a federal prisoner proceeding *pro se*, appeals the district court's June 13, 2023, order denying his 28 U.S.C. § 2255 motion. The statutory time limit required him to file a notice of appeal on or before August 14, 2023, the first Monday following 60 days after the district court's order. *See* 28 U.S.C. § 2107(b); Fed. R. App. P. 4(a)(1)(B), 26(a)(1)(C). The notice of appeal, deemed filed on August 24, 2023, is therefore untimely, and we lack jurisdiction. *See* Fed. R. App. P. 4(c)(1); *Jeffries v. United States*, 748 F.3d 1310, 1314 (11th Cir. 2014); *Green v. Drug Enf't Admin.*, 606 F.3d 1296, 1300 (11th Cir. 2010).

No petition for rehearing may be filed unless it complies with the timing and other requirements of 11th Cir. R. 40-3 and all other applicable rules.